**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **WP Realty Acquisition III, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **82-5087585** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **81 Main St Dobbs Ferry, NY 10522-1673** <br> Number, Street, City, State & ZIP Code <br><br> **Westchester** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> **115 Cedar St # 117 New Rochelle, NY 10801-5219** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | **WP Realty Acquisition III, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5313__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **WP Realty Acquisition III, LLC** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**■  Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **WP Realty Acquisition III, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 11, 2020**
                           MM / DD / YYYY

**X** /s/ Jonathan Sacks                                    Jonathan Sacks
Signature of authorized representative of debtor       Printed name

Title    **Manager**

**18. Signature of attorney**

**X** /s/ Kevin J. Nash                          Date    **September 11, 2020**
Signature of attorney for debtor                              MM / DD / YYYY

**Kevin J. Nash**
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
Firm name

**1501 Broadway 22nd Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 221-5700**    Email address    **knash@gwfglaw.com**

**Kevin J. Nash**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **WP Realty Acquisition III, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 11, 2020**          X **/s/ Jonathan Sacks**
                                                Signature of individual signing on behalf of debtor

                                                **Jonathan Sacks**
                                                Printed name

                                                **Manager**
                                                Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **WP Realty Acquisition III, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Akerman LLP PO Box 4906 Orlando, FL 32802-4906 | | Legal | | | | $25,412.50 |
| AKRF 440 Park Ave S New York, NY 10016-8012 | | Trade debt | | | | $12,091.78 |
| BGFI Manager LLC 135 W 3rd St Apt 7 New York, NY 10012-1250 | | | Unliquidated Disputed | $154,020.00 | $0.00 | $154,020.00 |
| Carlin Simpson & Associates 61 Main St Sayreville, NJ 08872-1500 | | Services | | | | $13,505.00 |
| CBRE, Inc. PO Box 281620 Atlanta, GA 30384-1620 | | Trade debt | | | | $1,900.00 |
| Cleary Consulting 529 Asharoken Ave Northport, NY 11768-1121 | | Services | | | | $7,500.00 |
| Cuddy & Feder LLP 445 Hamilton Ave Fl 14 White Plains, NY 10601-1872 | | Legal | | | | $184,289.24 |
| Gene Kaufman Architect PC 79 5th Ave Fl 18 New York, NY 10003-3075 | | Services | | | | $715,000.00 |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **WP Realty Acquisition III, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gregory Sharp Architect PC 68 Colonial Ave Dobbs Ferry, NY 10522-2918** | | Services | | | | $132,000.00 |
| **Howard I. Shapiro & Associates 266 Merrick Rd Ste 300 Lynbrook, NY 11563-2640** | | Services | | | | $10,793.75 |
| **Hudson Engineering & Consulting, P.C. 45 Knollwood Rd Ste 201 Elmsford, NY 10523-2829** | | Services | | | | $19,271.26 |
| **Morrison & Cohen LLP 990 3rd Ave New York, NY 10022-4276** | | Legal | | | | $86,465.64 |
| **National Arbitration and Mediation PO Box 3604 New York, NY 10008-3604** | | Trade debt | | | | $1,845.00 |
| **Romer Debbas LLP 275 Madison Ave Ste 801 New York, NY 10016-1153** | | Services | | | | $17,750.00 |
| **Salzano, Jackson & Lampert, LLP 275 Madison Ave Fl 55 New York, NY 10016-1101** | | Legal | | | | $30,000.00 |
| **Sam Tell Companies PO Box 1180 Farmingdale, NY 11735-0854** | | Trade debt | | | | $28,394.25 |
| **Weg & Myers, P.C. Federal Plaza 52 Duane St New York, NY 10007-1207** | | Legal | | | | $26,887.86 |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **WP Realty Acquisition III, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS
DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Seneca Insurance Company - Weg & Myers** | **Escrow Fund for Seneca Insurance Settlement** | | $77,531.25 |
| 3.2. | **Spring Bank** | **Checking** | 2890 | $0.00 |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$77,531.25

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor    **WP Realty Acquisition III, LLC**                    Case number *(If known)* _____
_____
Name

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **115-117 Cedar St, New Rochelle, NY 10801-5219** | | **$4,100,000.00** | Estimated without development | **$4,100,000.00** |

**56.    Total of Part 9.**                                                        **$4,100,000.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 2

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor    **WP Realty Acquisition III, LLC**                                    Case number *(if known)* _____
Name

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
| --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | Development rights and potential tax benefits | unknown |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |
| --- | --- | --- |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor    **WP Realty Acquisition III, LLC**                                    Case number *(If known)* _____
　　　　　Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$77,531.25** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9* .....................................................> | | **$4,100,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$77,531.25** | + 91b. **$4,100,000.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$4,177,531.25** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name     **WP Realty Acquisition III, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS
DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **BGFI Manager LLC**<br>Creditor's Name | **Describe debtor's property that is subject to a lien** | **$154,020.00** | **$0.00** |
| **135 W 3rd St Apt 7**<br>**New York, NY 10012-1250**<br>Creditor's mailing address | **Describe the lien**<br>**Disputed confessions of judgment**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred | | | |
| Last 4 digits of account number | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| **2.2**  **Cederland L.L.C.**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**115-117 Cedar St, New Rochelle, NY 10801-5219** | **$2,596,750.00** | **$4,100,000.00** |
| **11 5th Ave**<br>**New York, NY 10003-4342**<br>Creditor's mailing address | **Describe the lien**<br>**Mortgage**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred<br>**06/08/20**<br>Last 4 digits of account number | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor   **WP Realty Acquisition III, LLC**                          Case number (if known) _____
           Name

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $2,750,770.0
                                                                                                                          0

**Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Forchelli Deegan Terrana LLP**<br>**333 Earle Ovington Blvd Ste 1010**<br>**Uniondale, NY 11553-3645** | Line _2.1_ | |

Official Form 206D                Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                page 2 of 2

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **WP Realty Acquisition III, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Department of Finance - New Rochelle**<br><br>**515 North Ave**<br>**New Rochelle, NY 10801-3405** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **WP Realty Acquisition III, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

---

Date or dates debt was incurred

Basis for the claim:
**For notice purposes**

---

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $610,713.25 |
|---|---|---|---|

**188th St Development LLC**

**27 Marbourne Dr
Mamaroneck, NY 10543-1044**
Date(s) debt was incurred  **08/17/20**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,412.50 |
|---|---|---|---|

**Akerman LLP**

**PO Box 4906
Orlando, FL 32802-4906**
Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,091.78 |
|---|---|---|---|

**AKRF**

**440 Park Ave S
New York, NY 10016-8012**
Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bradley Gold
c/o BGFI Manager LLC
135 W 3rd St Apt 7
New York, NY 10012-1250**
Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,505.00 |
|---|---|---|---|

**Carlin Simpson & Associates**

**61 Main St
Sayreville, NJ 08872-1500**
Date(s) debt was incurred  **05/12/20**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **WP Realty Acquisition III, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00**

CBRE, Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 281620
Atlanta, GA 30384-1620

Date(s) debt was incurred  02/12/20

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00**

Cleary Consulting

☐ Contingent
☐ Unliquidated
☐ Disputed

529 Asharoken Ave
Northport, NY 11768-1121

Date(s) debt was incurred  09/01/18

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$184,289.24**

Cuddy & Feder LLP

☐ Contingent
☐ Unliquidated
☐ Disputed

445 Hamilton Ave Fl 14
White Plains, NY 10601-1872

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

D'Wayne Prieto
c/o Ward Capital Management LLC
81 Main St
Dobbs Ferry, NY 10522-1673

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Dept. of Environ Facilities-Westchester

☐ Contingent
☐ Unliquidated
☐ Disputed

270 North Ave
New Rochelle, NY 10801-5136

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$715,000.00**

Gene Kaufman Architect PC

☐ Contingent
☐ Unliquidated
☐ Disputed

79 5th Ave Fl 18
New York, NY 10003-3075

Date(s) debt was incurred  03/23/20

Basis for the claim:  Fixed Fee

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$132,000.00**

Gregory Sharp Architect PC

☐ Contingent
☐ Unliquidated
☐ Disputed

68 Colonial Ave
Dobbs Ferry, NY 10522-2918

Date(s) debt was incurred  02/28/20

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **WP Realty Acquisition III, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,793.75 |
|---|---|---|---|

**Howard I. Shapiro & Associates**

266 Merrick Rd Ste 300
Lynbrook, NY 11563-2640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,271.26 |
|---|---|---|---|

**Hudson Engineering & Consulting, P.C.**

45 Knollwood Rd Ste 201
Elmsford, NY 10523-2829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/11/20

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,465.64 |
|---|---|---|---|

**Morrison & Cohen LLP**

990 3rd Ave
New York, NY 10022-4276

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,845.00 |
|---|---|---|---|

**National Arbitration and Mediation**

PO Box 3604
New York, NY 10008-3604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/16/20

**Basis for the claim:**  Weg & Myers Mediation Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**New Rochelle IDA**
**City Hall - Dept of Development**
**515 North Ave**
**New Rochelle, NY 10801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  For notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**New York State Attorney General**

120 Broadway
New York, NY 10271-0002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,750.00 |
|---|---|---|---|

**Romer Debbas LLP**

275 Madison Ave Ste 801
New York, NY 10016-1153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/28/20

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **WP Realty Acquisition III, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Salzano, Jackson & Lampert, LLP**

275 Madison Ave Fl 55
New York, NY 10016-1101

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,394.25** |
|---|---|---|---|

**Sam Tell Companies**

PO Box 1180
Farmingdale, NY 11735-0854

Date(s) debt was incurred  02/05/20

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,887.86** |
|---|---|---|---|

**Weg & Myers, P.C.**
**Federal Plaza**
**52 Duane St**
**New York, NY 10007-1207**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Salzano, Jackson & Lampert, LLP**<br>**275 Madison Ave Fl 55**<br>**New York, NY 10016-1101** | Line  **3.9**<br><br>☐ Not listed. Explain ____ | __ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,923,819.53 |
| 5c. Total of Parts 1 and 2<br>  Lines 5a + 5b = 5c. | 5c. $ | 1,923,819.53 |

**Fill in this information to identify the case:**

Debtor name **WP Realty Acquisition III, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official
Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>WP Realty Acquisition III, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 D'Wayne Prieto | c/o Ward Capital Management LLC<br>81 Main St<br>Dobbs Ferry, NY 10522-1673 | BGFI Manager LLC | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 D'Wayne Prieto | c/o Ward Capital Management LLC<br>81 Main St<br>Dobbs Ferry, NY 10522-1673 | Cederland L.L.C. | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **WP Realty Acquisition III, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:   Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $   **4,100,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................... $   **77,531.25**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................... $   **4,177,531.25**

---

**Part 2:   Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................... $   **2,750,770.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $   **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$   **1,923,819.53**

4.  **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b   $   **4,674,589.53**

Software Copyright (c) 2020 CINGroup - www.cincompass.com