# EXHIBIT B

## The Bid Procedures

Bid Deadline – Two (2) days prior to the Auction

Auction –   30 days after Bidding Procedures Order is approved and entered.

Closing –   45 days after the Due Diligence Period is concluded so long as the Approval Order is entered during that period and no later than fifteen (15) days after the Approval Order is entered.

<u>Assets</u>.   The Property together with related rights as set forth in the Second Stalking Horse Contract.

<u>Potential Bids</u>. A competing Bid in writing setting forth proposed purchase price and terms should be sent to Debtor's counsel, Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Fl. New York, New York 10036, Attn: Kevin Nash (knash@gwfglaw.com).

<u>Qualification of Bidders</u>. To be eligible to participate in the Auction, each Potential Bidder must provide the following:

a. An initial overbid in the amount of $4,950,000;

b. Disclose the identity of the person or entity that is bidding for the Property (the "<u>Bidder</u>") with appropriate contact information and counsel;

c. Financial information which fairly and reasonably demonstrates the source of the Bidder's ability to close on the purchase of the Property in the amount of its bid;

d. Contain a signed acknowledgment that the Bidder will be bound by its bid and the representation and statements made in the Qualifying Statement until such bid is rejected by the Debtor;

e. A good faith deposit in the amount of five (5%) percent of its bid in immediately available funds (as may be increased, the "<u>Deposit</u>"), which Deposit;

f. A signed acknowledgment that if the Bidder is determined by the Debtor to be the Successful Bidder, subject to the approval of the Bankruptcy Court, it will, within three business days after the Auction, increase the initial Deposit submitted with its bid as necessary to an amount equal to ten percent (10%) of its final bid; and

2

      g.   Execute an executed Asset Purchase Agreement substantially in the form of the Second Stalking Horse Contract annexed to the Motion as <u>Exhibit</u> "A", subject to such modifications as may be made with the consent of the Debtor and further acknowledging that any due diligence deemed required by the Bidder has been completed.

<u>Qualified Bidders and Bids</u>. Potential Bidders who have satisfied the Participation Requirements will be deemed "Qualified Bidders."

<u>Auction Participation</u>. Unless otherwise agreed to by the Debtor, only Qualified Bidders, and their legal or financial professionals are eligible to attend or participate at the Auction.

<u>Auction</u>. The Auction will be conducted by counsel for the Debtor with thirty (30) days after entry of the Bidding Procedures Order.

The Auction shall be governed by the following procedures:

      a.   Each Qualified Bidder shall be required to confirm under oath that it has not engaged in any collusion with respect to the bidding.

      b.   The bidding shall be in increments of $25,000 after the initial overbid of $4,950,000. The Debtor, in the exercise of its reasonable business judgement, may adjust the amount of the successive bid increments at the Auction.

      c.   The Qualified Bidders each expressly acknowledge and agree that in the event that another person or entity is selected as the Successful Bidder but fails to timely tender the Deposit or Additional Deposit or otherwise perform its obligations under these Terms of Sale, the Debtor may contact the second highest or best bidder (the "<u>Second Bidder</u>") to sell the Assets to the Second Bidder without any further notice or further approval of the Bankruptcy Court, without giving credit to the Second Bidder for the initial Successful Bidder's Deposit or Additional Deposit, which deposit(s) shall be forfeited by the initial Successful Bidder, and upon such other terms and conditions as the Debtor deems appropriate in its reasonable business judgment. Thereafter, the Second Bidder shall be deemed for all benefits and obligations to be the Successful Bidder and shall comply with the terms, conditions, and obligations set forth herein and the related documents and order of the Bankruptcy Court.

3

      d.    Deposits submitted by the Qualified Bidders who do not become either the Successful Bidder or the Second Bidder shall be returned as soon as reasonably practicable following the Auction.